**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICARDO TOWNSEND** | : | |
| **Petitioner** | : | **No. 1:23-cv-01887** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **WARDEN RICKARD,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 24th day of February 2026, upon consideration of pro se Petitioner Ricardo Townsend's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.   The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2.   The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania